# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2436

_____

United States of America

*Plaintiff - Appellee*

v.

Carl S. Reeder

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 15, 2019
Filed: November 26, 2019
[Unpublished]

_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Carl Reeder appeals the judgment of the district court[1] revoking his supervised release and sentencing him to seven months in prison and two years of supervised release, with additional special conditions which Reeder has not challenged.

Following careful review of the record, we conclude that the district court imposed a substantively reasonable sentence. See United States v. McGhee, 869 F.3d 703, 705-06 (8th Cir. 2017) (per curiam). There is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

We affirm the judgment of the district court and grant counsel leave to withdraw.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.